# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0325, <u>Joseph S. Haas, Jr. v. Town of Gilmanton</u>, the court on May 13, 2021, issued the following order:**

Having considered the opening and reply briefs of the plaintiff, Joseph S. Haas, Jr., the memorandum of law of the defendant, the Town of Gilmanton, and the record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the appealing party, the plaintiff, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>see also</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**